AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

<u>Northern</u> District of <u>California</u>

LaDONNA SMITH, as Guardian ad Litem for Unborn Baby Brown,

      Plaintiff (s),

V.

OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, JONATHAN BELLUSA and DOES 1 to 10

      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C11-02354 EMC

Notice is hereby given that, subject to approval by the court, <u>Defendant Jonathan Bellusa</u> substitutes
                     (Party (s) Name)

<u>Jeffrey R. Olson</u>, State Bar No. <u>120945</u> as counsel of record in
(Name of New Attorney)

place of <u>Peter P. Edrington.</u>
      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: McCormick, Barstow, Sheppard, Wayte & Carruth LLP
 Address: 1150 Ninth Street, Ste. 1200 Modesto, CA 95354
 Telephone: (209) 524-1100    Facsimile (209) 524-1188
 E-Mail (Optional): jeffrey.olson@mccormickbarstow.com

I consent to the above substitution.

Date: December 7, 2011

Jonathan Bellusa
(Signature of Party (s))

I consent to being substituted.

Date: November 16, 2011

Peter P. Edrington
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: November 2, 2011

(Signature of New Attorney)
Jeffrey R. Olson

The substitution of attorney is hereby approved and so ORDERED.

Date: December 9, 2011

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]