1   PETER P. EDRINGTON, Esq. (074355)                    G.C. §6103
    JAMES M. MARZAN, Esq. (133931)
2   EDRINGTON, SCHIRMER & MURPHY LLP
    2300 Contra Costa Boulevard, Suite 450
3   Pleasant Hill, CA  94523-3936
    Telephone:  (925) 827-3300
4   Facsimile:  (925) 827-3320

5   Attorneys for Defendant OAKLAND UNIFIED SCHOOL DISTRICT,
    BARHIN BHATT and PETER SARNA
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  LaDONNA SMITH, as Guardian ad Litem for   )
    Unborn Baby Brown,                        )
11                                            )   CASE NO.: 3:11-cv-2354 EMC
                                              )
12            Plaintiff,                      )   **STIPULATION TO CONSOLIDATE**
          vs.                                 )   **CASES AND [PROPOSED] ORDER**
13                                            )   **THEREON**
    OAKLAND UNIFIED SCHOOL DISTRICT,          )
14  BARHIN BHATT, JONATHAN BELLUSA            )
    and DOES 1 to 10,                         )
15                                            )   **(JURY TRIAL DEMANDED)**
              Defendants.                     )
16  _____ )
                                              )
17                                            )
    LORIANNE DAVIS AND RAHEIM                 )
18  BROWN SR., individually and as personal   )   CASE NO. 3:11–cv-05675 EMC
    representatives of the ESTATE OF RAHEIM   )
19  BROWN JR.; ESTATE OF RAHEIM               )
    BROWN JR., and N.F.H., a minor, by and    )
20  through her guardian ad litem FLORDELIZA  )
    HARRELL,                                  )
21                                            )
              Plaintiffs                      )
22                                            )
          vs.                                 )
23                                            )
    CITY OF OAKLAND, a municipal              )
24  corporation; OAKLAND UNIFIED SCHOOL       )
    DISTRICT; PETER C. SARNA in his official  )
25  capacity as CHIEF OF P[POLICE for         )
    OAKLAND Unified School District; et al.,  )
26                                            )
              Defendants.                     )
27  _____ )

28

                                    1
          Stipulation to Consolidate Cases and [Proposed] Order Thereon

1

2    IT IS HEREBY STIPULATED and agreed to by the parties hereto, through their

3    respective attorneys of record, that the above-actions be consolidated for all purposes including

4    trial, under case name and number:  *LaDonna Smith v. Oakland Unified School District, Barhin*

5    *Bhatt and Jonathan Bellusa*, Case No. 3:11-cv-2354 EMC.

6    DATED:      February 14, 2012          LAW OFFICES OF DAVID I. KELVIN

7

8                                          _____/s/_____
                                           David I. Kelvin
9                                          Attorney for Plaintiff LaDONNA SMITH

10   DATED:      February 14, 2012          LAW OFFICES OF JOHN L. BURRIS

11

12                                         _____/s/_____
                                           John L. Burris
13                                         Attorneys for Plaintiffs LORIANNE DAVIS and
                                           RAHEIM BROWN SR., individually and as
14                                         personal representatives of the ESTATE OF
                                           RAHEIM BROWN JR., and N.F.H., a minor and
15                                         through her guardian ad litem FLORDELIZA
                                           HARRELL
16

17   DATED: February 14, 2012             EDRINGTON, SCHIRMER & MURPHY LLP

18

19                                         _____/s/_____
                                           Peter P. Edrington
20                                         Attorneys for Defendants OAKLAND UNIFIED
                                           SCHOOL DISTRICT, BARHIN BHATT and
21                                         PETER SARNA

22   DATED: February 14, 2012             McCORMICK BARSTOW

23

24                                         _____/s/_____
                                           Jeffrey R. Olson
25                                         Attorney for Defendant JONATHAN BELLUSA

26   ///

27   ///

28   ///

Stipulation to Consolidate Cases and [Proposed] Order Thereon

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED that the cases bearing the numbers 3:11-cv-2354 EMC and 3:11-cv-05675 EMC are consolidated for all purposes, including trial, under *LaDonna Smith v. Oakland Unified School District, Barhin Bhatt and Jonathan Bellusa*, Case No. 3:11-cv-2354 EMC.

DATED:   _____2/16_____, 2012

_____

EDWARD M[...]

UNITED STA[...]E

IT IS SO ORDERED

Judge Edward M. Chen

Stipulation to Consolidate Cases and [Proposed] Order Thereon