AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| LaDONNA SMITH,<br><br>            Plaintiff(s),<br>V.<br>OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, JONATHAN BELLUSA,<br>            Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:11-cv-2354 EMC<br><br>(consolidated action) |

Notice is hereby given that, subject to approval by the court, __Defendant Jonathan Bellusa__ substitutes
(Party(s) Name)

__James T. Anwyl__, State Bar No. __78715__ as counsel of record in
(Name of New Attorney)

place of __Jeffrey R. Olson__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Anwyl Scoffield & Stepp, LLP
    Address:          P.O. Box 269127 Sacramento, CA 95826-9127
    Telephone:        (916) 565-1800          Facsimile (916) 565-2374
    E-Mail (Optional): JTAnwyl@anwylaw.com

I consent to the above substitution.

Date:   July 2, 2012

Jonathan Bellusa
(Signature of Party(s))

I consent to being substituted.

Date:   July 5, 2012

Jeffrey R. Olson
(Signature of Former Attorney(s))

I consent to the above substitution.
Date:   July 5, 2012

James T. Anwyl
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   July 9, 2012

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new appearance.]