JAMES T. ANWYL, SBN 78715　jtanwyl@anwylaw.com
LYNN A. GARCIA, SBN 131196　lag@anwylaw.com
ANWYL, SCOFFIELD & STEPP, LLP
Post Office Box 269127
Sacramento, CA 95826-9127
Telephone: (916) 565-1800
Facsimile: (916) 565-2374

Attorneys for Defendant JONATHAN BELLUSA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaDONNA SMITH, as Guardian ad Litem for Unborn Baby Brown,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT and JONATHAN BELLUSA,<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Civil Action No. 3:11-CV-2354-EMC (MEJ)<br><br>[~~PROPOSED~~] ORDER RE MOTION OF JONATHAN BELLUSA TO BE EXCUSED FROM PERSONALLY APPEARING AT THE SETTLEMENT CONFERENCE<br><br>Date: October 31, 2012<br><br>Time: 10:00 a.m.<br><br>Place: Chambers of Magistrate Judge Maria-Elena James |

Good cause appearing, it is hereby **ORDERED**:

1. Jonathan Bellusa is excused from personally attending the October 31, 2012 Settlement Conference; and

2. Jonathan Bellusa is to make himself available to the Court and to counsel by telephone for the duration of the October 31, 2012 Settlement Conference.

Dated: 10/23/2012

_____
MARIA-ELENA JAMES
CHIEF UNITED STATES MAGISTRATE JUDGE