JAMES T. ANWYL, SBN 78715  jtanwyl@anwylaw.com
LYNN A. GARCIA, SBN 131196  lag@anwylaw.com
ANWYL, SCOFFIELD & STEPP, LLP
Post Office Box 269127
Sacramento, CA 95826-9127
Telephone: (916) 565-1800
Facsimile: (916) 565-2374

Attorneys for Defendant JONATHAN BELLUSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaDONNA SMITH, as Guardian ad Litem for Unborn Baby Brown,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT and JONATHAN BELLUSA,<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Civil Action No. 3:11-CV-2354-EMC<br><br>NOTICE OF SUBMISSION OF JONATHAN BELLUSA'S CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT<br><br>Date: October 31, 2012<br>Time: 10:00 a.m.<br>Place: Chambers of Magistrate Judge Maria-Elena James |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that defendant Jonathan Bellusa has submitted his Confidential Settlement Conference Statement to Magistrate Judge Maria-Elena James.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: October 24, 2012

　　　　　　　　　　　　　　　　　　　*/s/ James T. Anwyl*
　　　　　　　　　　　　　　　　　　　JAMES T. ANWYL  jtanwyl@anwylaw.com
　　　　　　　　　　　　　　　　　　　LYNN A. GARCIA <lag@anwylaw.com>
　　　　　　　　　　　　　　　　　　　ANWYL, SCOFFIELD & STEPP, LLP
　　　　　　　　　　　　　　　　　　　Post Office Box 269127
　　　　　　　　　　　　　　　　　　　Sacramento, CA 95826-9127
　　　　　　　　　　　　　　　　　　　(916) 565-1800