UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LADONNA SMITH, as Guardian ad Litem for Unborn Baby Brown<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, and JONATHON BELLUSA,<br><br>Defendants. | Case No. C 3:11-05675 EMC (MEJ)<br>Related Case: C 3:11-02354 EMC (MEJ)<br><br>**ORDER RE INTERIM DISCOVERY AND FURTHER SETTLEMENT CONFERENCE** |

    The Court hereby ORDERS further deposition of Peace Officer Jonathon Bellusa totaling 8.5 hours to be apportioned as follows: (1) Plaintiff's attorney David Kelvin will be allowed the first hour; (2) Defendant Oakland Unified School District will follow for the next 7 hours; and lastly (3) Plaintiff's attorney Adante Pointer will receive 30 minutes for follow-up questions.

    The Court ORDERS the parties to meet and confer and have the deposition of Officer Bellusa completed within two weeks of March 19, 2013.

    The Court hereby ORDERS Defendants to release the Internal Affairs records regarding the January 22, 2011 shooting.

    Plaintiffs must file their discovery motion with Judge Chen seeking any additional Internal Affairs reports within two weeks of March 19, 2013. Following the Court's ruling on the discovery motion, Defendants will be allowed to depose Peace Officer Pete Sarna.

    Plaintiffs are allowed to take the deposition of Internal Affairs Officer Pete Peterson, however

the questioning shall be limited to the January 22, 2013 shooting. Plaintiffs may also depose Peace Officer Holly Mathews to be completed prior to the further settlement conference on May 7, 2013.

**IT IS SO ORDERED.**

Dated: March 19, 2013

Maria-Elena James
United States Magistrate Judge

2