JOHN L. BURRIS, Esq./ State Bar #69888
ADANTÉ POINTER, Esq./ State Bar #236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaDONNA SMITH, as Guardian ad Litem for Unborn Baby Brown,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, JONATHAN BELLUSA, and DOES 1 to 10,<br><br>　　　　　　Defendants.<br>_____/ | Case No.: C 3:11-cv-02354-EMC<br>　　and Consolidated case<br>　C11-5675 EMC<br><br>**STIPULATION FOR REFERRAL TO MAGISTRATE JUDGE AND (PROPOSED) ORDER**<br><br><br>Honorable Edward M. Chen |
| LORIANNE DAVIS and RAHEIM BROWN Sr., individually and as personal representatives of the Estate of RAHEIM BROWN JR.; the Estate of RAHEIM BRWON JR., and FLORDELIZA HARRELL, Guardian Ad Litem of NFH, minor child of Decedent RAHEIM BROWN JR;<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF OAKLAND, a municipal corporation; OAKLAND UNIFIED SCHOOL DISTRICT; PETER C. SARNA in his official capacity as CHIEF of POLICE for OAKLAND UNIFIED SCHOOL DISTRICT; et al.,<br><br>　　　　　　Defendants.<br>_____/ | |

Stipulation and (Proposed) Order
*Smith v. Oakland Unified School District,* 3:11-cv-2354 EMC
*Davis v. City of Oakland*, C11-05675 EMC

The parties to this action, by and through their respective counsel, do hereby stipulate and agree to referral to Magistrate Judge Laurel Beeler for purposes of Settlement Conference in this matter.

Dated: May 23, 2013                                                      **LAW OFFICES OF JOHN L. BURRIS**

                                                                         /s/ Adante D. Pointer
                                                                         Adanté D. Pointer
                                                                         Attorney for Plaintiff s
                                                                         LORIANNE DAVIS, et al.

DATED: May 23, 2013                                                      DAVID I. KELVIN

                                                                         /s/
                                                                         David I. Kelvin, Esq.
                                                                         Attorney for Plaintiff
                                                                         LaDONNA SMITH

DATED: May 23, 2013                                                      EDRINGTON, SCHIRMER & MURPHY

                                                                         /s/
                                                                         Peter P. Edrington, Esq.
                                                                         James M. Marzan, Esq.
                                                                         Attorneys for Defendants
                                                                         OAKLAND UNIFIED SCHOOL DISTRICT,
                                                                         BARHIN BHATT and PETER SARNA

DATED: May 23, 2013                                                      ANWYL, SCOFFIELD & STEPP, LLP
                                                                         /s/
                                                                         JAMES T. ANWYL
                                                                         Attorneys for Defendant
                                                                         JONATHAN BELLUSA

Stipulation and (Proposed) Order
*Smith v. Oakland Unified School District,* 3:11-cv-2354 EMC
*Davis v. City of Oakland*, C11-05675 EMC

2

(P~~ROPO~~SED) ORDER

The court, having considered the parties' stipulation and good cause appearing,

**IT IS ORDERED** that the parties are referred to Magistrate Judge Laurel Beeler for settlement conference in this matter.

DATED: 5/24/13



Stipulation and (Proposed) Order
*Smith v. Oakland Unified School District,* 3:11-cv-2354 EMC
*Davis v. City of Oakland*, C11-05675 EMC