1  David I. Kelvin (SBN 95190)
   LAW OFFICE OF DAVID I. KELVIN
2  1516 Oak Street, Suite 316
   Alameda, CA 94501
3  Telephone: (510) 865-0792
4  Facsimile: (510) 865-0793

5  Attorney for Plaintiff LaDONNA SMITH,
6  as Guardian ad Litem for Unborn Baby Brown

RECEIVED
AUG 0 9 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaDONNA SMITH, as Guardian ad Litem for Unborn Baby Brown,<br><br>Plaintiffs<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, JONATHAN BELLUSA, and DOES 1 to 10,<br><br>Defendants.<br><br>AND RELATED PENDING ACTION | Case No.: C11-02354 EMC<br>Related Case: C11-065675 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET HEARING DATE FOR PETITION FOR APPROVAL OF THE COMPROMISE OF MINOR PLAINTIFF R.M.B.'S CLAIMS**<br><br>** ~~CONFIDENTIAL DO NOT E-FILE~~ **<br><br>**Proposed Date:** August 22, 2013<br>**Time:** 1:30 P.M.<br>**Judge:** Hon. Edward M. Chen |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, DO HEREBY STIPULATE AND AGREE that the hearing on Plaintiff LaDonna Smith, as Guardian ad Litem's, Petition for Approval of the Compromise of Minor Plaintiff R.M.B's claims shall be heard on shortened time due to the fact that a settlement of all claims was reached at the settlement conference conducted on August 2, 2013.

Therefore, the parties do hereby stipulate and agree that the hearing on Plaintiff LaDonna Smith, as Guardian ad Litem's, Petition for Approval of the Compromise of Minor Plaintiff R.M.B's claims shall be heard on **Thursday August 22, 2013 at 1:30 P.M.** and defendants hereby waive the 35-day notice requirement.

//

PETITION FOR THE APPROVAL OF THE COMPROMISE OF MINOR PLAINTIFF R.M.B.'S CLAIMS

Dated: August 9, 2013     LAW OFFICE OF DAVID I. KELVIN

/s/
David I. Kelvin, Esq.
Attorney for Plaintiff LaDONNA SMITH,
as Guardian ad Litem for Unborn Baby Brown

Dated: August 9, 2013     LAW OFFICES OF JOHN L. BURRIS

/s/
John L. Burris, Esq.
Adante D. Pointer, Esq.
Attorneys for Plaintiffs LORRAINE DAVIS and
RAHEIM BROWN, Sr., et al.

Dated: August 9, 2013     EDRINGTON, SCHIRMER & MURPHY, LLP

/s/
Peter P. Edrington, Esq.
James M. Marzan, Esq.
Attorneys for Defendants OAKLAND UNIFIED
SCHOOL DISTRICT and BARHIN BHATT

Dated: August 9, 2013     ANWYL, SCOFFIELD & STEPP, LLP

/s/
James T. Anwyl, Esq.
Lynn A. Garcia, Esq.
Attorneys for Defendant JONATHAN BELLUSA

## ORDER

**IT IS SO ORDERED.**

DATED: 8/13/13

_[signature]_

**HONORABLE EDWARD M. CHEN**
**UNITED STATES DISTRICT COURT JUDGE**