JOHN L. BURRIS, Esq. (69888)
ADANTE D. POINTER (236229)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
T: 510-839-5200
F: 510-839-3882

Attorneys for Plaintiffs LORIANNE DAVIS, RAHEIM BROWN, SR., and NFH by and through her Guardian ad Litem FLORDELIZA HARRELL

PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants OAKLAND UNIFIED SCHOOL DISTRICT And BARHIN BHATT

James T. Anwyl, Esq.
Lynn A. Garcia, Esq.
ANWYL, SCOFFIELD & STEPP, LLP
P. O. Box 269127
Sacramento, CA 95826-9127
T: 916-565-1800
F: 916-565-2374

Attorneys for Defendant JONATHAN BELLUSA

//
//
//
//
//
//
//
//
//
//

1
Stipulation for Dismissal of Plaintiff N.F.H.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaDONNA SMITH, as Guardian ad Litem for Unborn Baby Brown,<br><br>Plaintiff,<br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, JONATHAN BELLUSA and DOES 1 to 10,<br><br>Defendants. | CASE NO.: 3:11-cv-2354 EMC<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF N.F.H., a MINOR**<br><br>ORDER |
| LORIANNE DAVIS AND RAHEIM BROWN SR., individually and as personal representatives of the ESTATE OF RAHEIM BROWN JR.; ESTATE OF RAHEIM BROWN JR., and N.F.H., a minor, by and through her guardian ad litem FLORDELIZA HARRELL,<br><br>Plaintiffs<br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; OAKLAND UNIFIED SCHOOL DISTRICT; PETER C. SARNA in his official capacity as CHIEF OF POLICE for OAKLAND Unified School District; et al.,<br><br>Defendants. | C11-5675 EMC<br>CONSOLIDATED CASES |

   IT IS HEREBY STIPULATED between plaintiff N.F.H., a minor, by and through her Guardian ad Litem, FLORDELIZA HARRELL, and defendants OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, PETER SARNA, and defendant JONATHAN BELLUSA through their designated counsel, that plaintiff N.F.H. dismisses her case against defendants OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, PETER SARNA and JONATHAN BELLUSA with prejudice pursuant to F.R.C.P. 41(a)(1). Each side will bear //

their own attorney's fees and costs.

DATED: September 9, 2013     LAW OFFICES OF JOHN BURRIS

/s/_____
Adante Pointer
Attorney for Plaintiff N.F.H., a minor, by and through her Guardian ad Litem, FLORDELIZA HARRELL

DATED: September 9, 2013     EDRINGTON, SCHIRMER & MURPHY LLP

/s/_____
Peter P. Edrington, Esq.
James M. Marzan, Esq.
Attorneys for Defendants OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT and PETER SARNA

DATED: September 9, 2013     ANWYL, SCOFFIELD & STEPP, LLP

/s/_____
James T. Anwyl
Attorneys for Defendant
JONATHAN BELLUSA

## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that plaintiff N.F.H., a minor, by and through her Guardian ad Litem, FLORDELIZA HARRELL, dismisses her case against defendants OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, PETER SARNA and JONATHAN BELLUSA with prejudice pursuant to F.R.C.P. 41(a)(1).

Each side will bear their own attorney's fees and costs.

DATED: ___9/10___, 2013     _____
United States District Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

### ATTESTATION PURSUANT TO GENERAL ORDER

I, James M. Marzan, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed

//

this 9th day of September, 2013, at Pleasant Hill, California

        /s/ James M. Marzan
        James M. Marzan, Esq.

Stipulation for Dismissal of Plaintiff N.F.H.