JOHN L. BURRIS, Esq. (69888)
ADANTE D. POINTER (236229)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
T: 510-839-5200
F: 510-839-3882

Attorneys for Plaintiffs LORIANNE DAVIS, RAHEIM BROWN, SR.,

DAVID I. KELVIN, Esq. (095190)
1516 Oak Street
Suite 316
Alameda, CA 94501
T: 510-865-0792
F: 510-865-0793

Attorney for Plaintiff LaDONNA SMITH, as
Guardian ad Litem for Unborn Baby Brown

PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants OAKLAND UNIFIED SCHOOL DISTRICT
BARHIN BHATT and PETER SARNA

James T. Anwyl, Esq.
Lynn A. Garcia, Esq.
ANWYL, SCOFFIELD & STEPP, LLP
P. O. Box 269127
Sacramento, CA 95826-9127
T: 916-565-1800
F: 916-565-2374

Attorneys for Defendant JONATHAN BELLUSA

//

//

//

//

//

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaDONNA SMITH, as Guardian ad Litem for Unborn Baby Brown,<br><br>Plaintiff,<br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, JONATHAN BELLUSA and DOES 1 to 10,<br><br>Defendants. | CASE NO.: 3:11-cv-2354 EMC<br><br>**STIPULATION FOR DISMISSAL AND [PRO~~PO~~SED] ORDER.** |
| LORIANNE DAVIS AND RAHEIM BROWN SR., individually and as personal representatives of the ESTATE OF RAHEIM BROWN JR.; ESTATE OF RAHEIM BROWN JR., and N.F.H., a minor, by and through her guardian ad litem FLORDELIZA HARRELL,<br><br>Plaintiffs<br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; OAKLAND UNIFIED SCHOOL DISTRICT; PETER C. SARNA in his official capacity as CHIEF OF POLICE for OAKLAND Unified School District; et al.,<br><br>Defendants. | CONSOLIDATED CASES |

WHEREAS the parties to this action, namely, Plaintiffs LORIANNE DAVIS, RAHEIM BROWN SR. and LaDONNA SMITH, as Guardian ad Litem for Unborn Baby Brown, and Defendants OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, PETER SARNA and JONATHAN BELLUSA (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into an agreement for settlement of claims between them in this action, the terms of which are set forth in writing in the Settlement Agreement and Release of All

1 Claims to fully and finally resolve all matters relating to the Settling Parties in this action without trial;

WHEREAS the Settlement Agreement covers all of the claims between the Settling Parties in this action;

WHEREAS the Settling Parties agree to pay their own attorney's fees and costs;

WHEREAS there are no further issues between the Settling Parties for the Court to resolve; and

WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiffs' action against defendants OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, PETER SARNA and JONATHAN BELLUSA shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement.

IT IS SO STIPULATED.

DATED: September 30, 2013						LAW OFFICES OF JOHN BURRIS

/s/_____
Adante Pointer
Attorney for Plaintiffs LORIANNE
DAVIS and RAHEIM BROWN, SR.

DATED: September 30, 2013						LAW OFFICES OF DAVID I. KELVIN

/s/_____
David I. Kelvin
Attorney for Plaintiff LaDONNA SMITH

//
//
//

DATED: September 30, 2013

EDRINGTON, SCHIRMER & MURPHY LLP

/s/_____
Peter P. Edrington, Esq.
James M. Marzan, Esq.
Attorneys for Defendants OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT and PETER SARNA

DATED: September 30, 2013

ANWYL, SCOFFIELD & STEPP, LLP

/s/_____
James T. Anwyl
Attorneys for Defendant
JONATHAN BELLUSA

## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that plaintiffs LORIANNE DAVIS, RAHEIM BROWN, SR., and LaDONNA SMITH, as Guardian ad Litem for Unborn Baby Brown, dismiss their case against defendants OAKLAND UNIFIED SCHOOL DISTRICT, BARHIN BHATT, PETER SARNA and JONATHAN BELLUSA with prejudice pursuant to F.R.C.P. 41(a)(1).

Each side will bear their own attorney's fees and costs.

DATED: ____10/3____, 2013        _____

[GRANTED — Judge Edward M. Chen]

## ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.

I, James M. Marzan, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of September, 2013, at Pleasant Hill, California

/s/ James M. Marzan
James M. Marzan, Esq.